UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-23802-ALTMAN

THE NORTHERN TRUST COMPANY,

 *Plaintiff*,

*v.*

CHRISTOPHER WALTERS,

 *Defendant*.

_____/

## ORDER GRANTING MOTION FOR FINAL DEFAULT JUDGMENT

This matter comes before us on the Plaintiff's Motion for Entry of Default Final Judgment (the "Motion") [ECF No. 21]. On August 22, 2025, the Plaintiff filed its Complaint [ECF No. 1] against the Defendant, Christopher Walters. On December 27, 2025, the Clerk entered default against Walters. *See* Clerk's Entry of Default [ECF No. 19]. The Plaintiff now moves for default final judgment against Walters. *See* Mot. at 1. After careful consideration of the Motion, the record in this case, and the applicable law, we **GRANT** the Motion.

Pursuant to Federal Rule of Civil Procedure 55(b)(2), the Court may enter a final default judgment against any party who has failed to respond to a complaint. But "a defendant's default does not in itself warrant the court entering a default judgment. There must be a sufficient basis in the pleadings for the judgment entered." *Nishimatsu Constr. Co., Ltd. v. Houston Nat'l Bank*, 515 F.2d 1200, 1206 (5th Cir. 1975); *see also Buchanan v. Bowman*, 820 F.2d 359, 361 (11th Cir. 1987) ("[L]iability is well-pled in the complaint and is therefore established by the entry of default.").

Our review of the record in this case confirms that the Complaint adequately establishes the requirements for the entry of a final default judgment. This Court has subject-matter jurisdiction under 28 U.S.C. §§ 1332(a). *See* Mot. ¶ 26. The Plaintiff properly served the Defendants. *See id.* ¶¶ 13–25.

Venue lies in this District because a substantial part of the events giving rise to the claim occurred within the Southern District of Florida. *See id.* ¶ 29. And the Plaintiff sufficiently pled a breach-of-fiduciary-duty claim in Count I, *see* Complaint ¶¶ 18–21, and a fraud claim in Count II, *see id.* ¶¶ 22–27.

Accordingly, we hereby **ORDER and ADJUDGE** that the Plaintiff's Motion for Entry of Final Default Judgment [ECF No. 21] is **GRANTED**. In accordance with Federal Rule of Civil Procedure 58, final judgment will be entered separately.

**DONE AND ORDERED** in the Southern District of Florida on February 4, 2026.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record