**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-23802-ALTMAN**

**THE NORTHERN TRUST COMPANY**,

     *Plaintiff*,

*v.*

**CHRISTOPHER WALTERS**,

     *Defendant.*

_____/

## FINAL DEFAULT JUDGMENT

In a separate Order [ECF No. 23], we granted the Plaintiff's Motion for Entry of Default Final Judgment [ECF No. 21]. Pursuant to Federal Rule of Civil Procedure 58, we hereby **ORDER and ADJUDGE** that:

1. Final Judgment is **ENTERED** in favor of the Plaintiff, the Northern Trust Company, and against the Defendant, Christopher Walters, whose last known principal address is 201 SE 2nd Ave., Apt. 2603, Miami, FL 33131, in the amount of $75,001 in actual damages, which amount shall accrue interest at the statutory rate per annum until paid.

2. This case is to remain **CLOSED**. All deadlines and hearings are **TERMINATED** and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in the Southern District of Florida on February 4, 2026.



_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record